**Andrew CRAIG, Appellant,**

v.

**KENNETH COLE PRODUCTIONS (LIC), INC., Appellee.**

**No. 2011–1028.**

United States Court of Appeals, Federal Circuit.

June 9, 2011.

Mark D. Schneider, Gifford, Krass, Sprinkle, Anderson & Citkowski, P.C., of Troy, Michigan, argued for appellant. With him on the brief was Ernest I. Gifford.

Cathy E. Shore–Sirotin, Lackenbach Siegel, LLP, of Scarsdale, New York, argued for appellee. With her on the brief was Howard N. Aronson.

BRYSON, DYK, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**